UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

_Tiego_
-v-
_Johnson, et al_

U.S.C.A. # _____

U.S.D.C. # __08-cv-1733__

JUDGE: __KMW__

DATE: __MAR. 17, 2008__

MAR 17 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----

**DOCUMENT DESCRIPTION**                                           **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(X) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 17th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

*Lugo*

-v-

*Johnson, et al*

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1733

JUDGE: KMW

DATE: MAR. 17, 2008

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | **BALANCE OF FILE MISSING AT THIS TIME** |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this ____ Day of _____ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01733-KMW
### Internal Use Only

Lugo v. Johnson et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 02/26/2008
Date Terminated: 02/26/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Manuel Lugo.(laq) (Entered: 03/06/2008) |
| 02/26/2008 | 2 | COMPLAINT against Marlow Williams, Tom Sweeney, Malone, Robert T. Johnson, Daniel D. Brownwell, Donald Hill, Teresa Hartey, Mark Tebbens, Peter D. Coddiington, Dawn Florio, Byrne. Document filed by Manuel Lugo.(laq) (Entered: 03/06/2008) |
| 02/26/2008 | | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 03/06/2008) |
| 02/26/2008 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted. For the reasons set forth in this order, the plaintiff's action is dismissed. Accordingly, plaintiff's action is dismissed for failure to state a claim, and for naming defendants who are immune from suit. 28 U.S.C.1915(e)(2)(B)(ii), (iii). The Court certifies pursuant to 28 U.S.C.1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/26/08) (laq) (Entered: 03/06/2008) |
| 02/26/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/26/08) (laq) (Entered: 03/06/2008) |
| 03/13/2008 | 5 | MOTION for an order for Reconsideration re; 3 Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.), Order Dismissing Complaint (I.F.P.). Document filed by Manuel Lugo.(pl) (Entered: 03/17/2008) |
| 03/13/2008 | 6 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Manuel Lugo. (tp) (Entered: 03/17/2008) |
| 03/13/2008 | | Appeal Remark as to 6 Notice of Appeal filed by Manuel Lugo. $455.00 APPEAL FEE DUE. IFP REVOKED 2/26/08. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 03/17/2008) |
| 03/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 03/17/2008) |