**MANDATE**

S.D.N.Y. - N.Y.C.
08-cv-1733
Wood, C.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of June, two thousand eight,

Present:

    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges,*
    Hon. John G. Koeltl,*
        *District Judge.*

Manuel Lugo,

      *Plaintiff-Appellant,*

v.                                                                                  08-1314-cv

Robert T. Johnson, *et al.*,

      *Defendants-Appellees.*

Appellant, *pro se*, moves to proceed *in forma pauperis* Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. I.N.S.*, 45 F.3d 14, 17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk

                              By:

*The Honorable John G. Koeltl, United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

Issued as Mandate: 08/14/08